UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **25-80068-CR-ROSENBERG/REINHART(s)**
52 USC § 20511(2)(B)
18 USC § 2
18 USC § 1015(f)
18 USC § 611(a)

FILED BY ____SP____ D.C.

**Aug 5, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

    Defendants.

_____/

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**YELYZAVETA DEMYDENKO,**
**and**
**SVITLANA DEMYDENKO,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that she knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section

20511(2)(B), and Title 18, United States Code, Section 2.

## COUNT 2

On or about August 18, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**YELYZAVETA DEMYDENKO,**
**and**
**SVITLANA DEMYDENKO,**

an alien, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f) and Title 18, United States Code, Section 2.

## COUNT 3

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**YELYZAVETA DEMYDENKO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## COUNT 4

On or about October 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**SVITLANA DEMYDENKO,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of

Representatives, in violation of Title 18, United States Code, Section 611(a).

**A TRUE BILL.**

**FOREPERSON**

*Carmen M. Lineberger* for
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-80068-RLR(s)

v.

YELYZAVETA DEMYDENKO, and
SVITLANA DEMYDENKO,

CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants ____
Total number of new counts  2

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Ukranian
4. This case will take  2  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☑ Misdemeanor
   ☐ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Robin L. Rosenberg   Case No. 25-CR-80068-RLR
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Ryon M. McCabe   Magistrate Case No. 25-mj-8216-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) ____
   If yes, Judge ____   Case No. ____
9. Defendant(s) in federal custody as of ____
10. Defendant(s) in state custody as of ____
11. Rule 20 from the ____ District of ____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
JOHN C. McMILLAN
Assistant United States Attorney
SDFL Court ID No. A5500228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ___Yelyzaveta DEMYDENKO___

Case No: _____

Count # 1:
Casting a False Ballot
Title 52, United States Code, Section 20511(2)(B)

* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Count # 2:
False Claim to United States Citizenship to Register to Vote
Title 18, United States Code, Section 1015(f)

* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000
* Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.

Count # 3:
Unlawful Voting by an Alien in Presidential Election
Title 18, United States Code, Section 611(a)

* Max. Term of Imprisonment: 1 year (Class A Misdemeanor) imprisonment[1]
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: 1 year[2]
* Max. Fine: $100,000.00[3]
* Special Assessment: $25.00[4]
* Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.

---

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ___Svitlana DEMYDENKO_____

**Case No:** _____

Count # 1:
Casting a False Ballot
Title 52, United States Code, Section 20511(2)(B)

* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Count # 2:
False Claim to United States Citizenship to Register to Vote
Title 18, United States Code, Section 1015(f)

* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000
* Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.

Count # 4:
Unlawful Voting by an Alien in Presidential Election
Title 18, United States Code, Section 611(a)

* Max. Term of Imprisonment: 1 year (Class A Misdemeanor) imprisonment[1]
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: 1 year[2]
* Max. Fine: $100,000.00[3]
* Special Assessment: $25.00[4]
* Immigration Consequences of Removal (Deportation) if the defendant in not a U.S. Citizen, following conviction.

---

1 *See* 18 USC §§ 3559(a)(7), 3561(a)(1)
2 *See* 18 USC § 3583(b)(3)
3 *See* 18 USC § 3571(b)(5)
4 *See* 18 USC § 3013(a)(1)(A)(iii)

\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.